

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Leonid Salikov

|                              |
|------------------------------|

**Civil Action No.**  26-cv-02129-BJC-SBC

**Plaintiff,**

**v.**

See Attached

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The petition for a writ of habeas corpus. The government shall immediately release Petitioner under the previously determined conditions. The government is enjoined from re-detaining Petitioner without complying with 8 C.F.R. § 212.5 and due process.

**Date:**          5/22/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Cortez

A. Cortez, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>26-cv-02129-BJC-SBC</u>

Christopher J. Larose, Warden at Otay Mesa Detention Center; Patrick Divver; Todd M. Lyons, Acting Director, Immigration and Customs Enforcement; Kristi Noem; Markwayne Mullin, Secretary of the Department of Homeland Security; Todd Blanche, Acting Attorney General; Jesus Rocha, Acting Field Office Director, San Diego Field Office